# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

MEMO ENDORSED

January 21, 2020

**BY ECF**

The Honorable Kenneth Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE:   **United States v. Ramel Williams**
      **08 CR 707 (KMK)**
      **14 CV 4848 (KMK)**

Dear Judge Karas:

I write with the consent of the Government to respectfully request an adjournment of Mr. Williams' sentencing, currently scheduled for February 4, 2020. Mr. Williams has been incarcerated in Atwater, California, and, per the BOP website, is still in California. As our office did not represent him on the underlying matter, I have never met Mr. Williams. I have also not yet received the updated Pre-Sentence Report. While I have collected mitigation materials, I need to meet with Mr. Williams in person in order to effectively prepare a sentencing submission on his behalf. I will promptly meet with him as soon as he is produced in New York. I apologize to the Court for this delay.

Thank you for your consideration of this request.

Granted.
Sentence is adjourned to 3/16/20, at 2:00

So Ordered.
/s/ KMK
1/22/20

Respectfully submitted,

Tamara L. Giwa
Assistant Federal Defender
(212) 417-8719

cc:   AUSA Christopher Clore (via ECF)